UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAYSEN MCCLEARY and BELA ANIMAL LEGAL DEFENSE AND RESCUE,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. CV-24-023-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order dated October 21, 2024 (Doc. 11), the above-captioned matter is DISMISSED WITH PREJUDICE and Judgment is entered in favor of Defendant.

Dated this 21st day of October, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk